**Verniece L. BRYANT, Plaintiff–Appellant**

v.

**LUFKIN INDEPENDENT SCHOOL DISTRICT, Defendant–Appellee.**

No. 11–41185
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 25, 2012.

Verniece L. Bryant, Lufkin, TX, pro se.

Wayne Douglas Haglund, Haglund Law Firm, P.C., Lufkin, TX, for Defendant–Appellee.

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Verniece L. Bryant appeals the district court's summary judgment dismissing with prejudice all of her claims against her former employer, Lufkin Independent School District. Bryant's pro se brief does not raise any error in the district court's decision. " 'Although we liberally construe the briefs of pro se appellants, we also require that arguments must be briefed to be preserved.' " *Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993) (quoting *Price v. Digital Equip. Corp.,* 846 F.2d 1026, 1028 (5th Cir.1988)). Having reviewed the district court's decision, the briefs, and record, and perceiving no clear reversible error, we AFFIRM. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.